United States District Court
Southern District of Texas
**ENTERED**
October 20, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT　　SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | |
|---|---|
| ELISA NORIEGA, § § *Plaintiff*, § § § v. § § MAGNOLIA VOLUNTEER FIRE § DEPARTMENT AND MONTGOMERY § COUNTY EMERGENCY SERVICES DISTRICT § NO. 10 § § *Defendant(s)*. § | No. 4:23-CV-00197 Jury |

## ORDER ON STIPULATION OF VOLUNTARY DISMISSAL

The Parties' Stipulation of Dismissal without Prejudice is GRANTED.

Plaintiff Elisa Noriega's claims against Defendants Magnolia Volunteer Fire Department and Montgomery County Emergency Services District No. 10 as alleged in this lawsuit are dismissed without prejudice, with the costs and attorneys' fees taxed against the party incurring the same.

SIGNED ON THIS 20th day of October, 2023.

_____
LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE